AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

AUG −6 2026

CLERK, U.S. DISTRICT COURT

By _____
Deputy

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  2:26-MJ-145 |
| | ) | |
| Quincy Louis Henderson | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ August 4, 2026 _____ in the county of _____ Potter _____ in the _____ Northern _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 922(g)(1) | Possession of a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:

see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Bryan Seesangrit, HSI Agent
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: _____ 8/6/26 _____

_____
*Judge's signature*

City and state: _____ Amarillo, Texas _____

Lee Ann Reno, U.S. Magistrate Judge
_____
*Printed name and title*

<u>2:26-MJ-145</u>

<u>AFFIDAVIT IN SUPPORT OF COMPLAINT</u>

I, Bryan Seesangrit, being a duly sworn Special Agent with the United States Department of Homeland Security (DHS), Homeland Security Investigations (HSI) in Amarillo, Texas, states as follows:

I am currently assigned to HSI Amarillo, Texas. I have been a sworn Federal Law Enforcement Officer since February 2014 and have been assigned to HSI Amarillo since December 2025. I am a ''Federal Law Enforcement Officer'' within the meaning of Federal Rules of Criminal Procedure 41(a)(2)(c), a government agent engaged in enforcing criminal laws and within the category of officers authorized by the Attorney General to request an arrest and/or search warrant.

As an HSI Special Agent, my duties primarily include the investigation and enforcement of federal violations of Title 8, 18, 19, 21, and 31 of the United States Code and related offenses. As part of my official duties, I have received training, participated in, and conducted investigations related to federal firearms violations; specifically, investigation and prosecution of individuals involved in the unlawful possession of firearms.

The information contained in this affidavit is based on my personal knowledge and information provided to me by other law enforcement officers and witnesses and is provided for the limited purpose of demonstrating probable cause to support the issuance of a criminal complaint. This affidavit, therefore, does not summarize all the facts known to me or other law enforcement agents and officers at this time.

On August 04, 2026, Texas Department of Public Safety (DPS): State Troopers and Homeland Security Investigations (HSI) Special Agents (SA) observed an individual riding a motorcycle and displaying elusive behavior toward law enforcement. DPS Troopers approached the individual, later identified as Quincy Louis HENDERSON at the Toot n'Totem convenience store, located at 2601 SW 3rd Ave. in Amarillo, TX. During the encounter, DPS Troopers discovered that HENDERSON's motorcycle registration was invalid. The aforementioned behavior, along with HENDERSON's criminal history which included felony narcotics and assault convictions led Troopers to request consent from HENDERSON to search his person and vehicle, which was a black 2012 Harley-Davidson motorcycle bearing Texas registration 284C9E. HENDERSON denied consent and a DPS K9 unit conducted an open-air sniff of the motorcycle. The K9 alerted to the odor of narcotics, and a probable cause search of the motorcycle was conducted. Incident to the search, a Springfield Echelon 9mm handgun bearing serial#

1

BE266863 was located in the saddlebag of the motorcycle.  HENDERSON was then placed under arrest and transported to the DPS for further investigation.

HSI SA's then conducted a Mirandized interview with HENDERSON.  During the interview, Henderson admitted to possessing the firearm and acknowledged that as a convicted felon he knew he was prohibited from owning or possessing a firearm. The firearm was seized by Texas DPS pending acquisition by HSI for federal prosecution.

According to open-source databases, as well as physical markings engraved into the firearm, the Springfield Echelon, 9mm, semi-automatic firearm, bearing Serial# BE266863 was not manufactured in the state of Texas; therefore, it traveled in or affected interstate commerce.

Based on the aforementioned facts, there is probable cause to believe HENDERSON violated Title 18, United States Code, Section 922(g)(1), which makes it unlawful for any person being a convicted felon to ship or transport in interstate commerce, or possess in or affecting commerce, any firearm or ammunition, or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

Bryan Seesangrit
Special Agent
Homeland Security Investigations

Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone this 6th day of _____August_____, 2026.

LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE

2